In the Matter of the Claim of BERNARD ENRIGHT, Respondent, against ASPLUNDH TREE EXPERT Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 17, 1947; decided May 22, 1947.

*Charles B. Sullivan* and *John J. Connors, Jr.,* for appellants.
*Nathaniel L. Goldstein, Attorney-General (Roy Weidersum* and *Theodore M. Schwartz* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and FULD, JJ. LEWIS, J., dissents and votes for reversal and dismissal of the claim. DYE, J., dissents and votes for remission for the recomputation of the award.